# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 22-20965-CIV-ALTONAGA/Torres

MILAM AIRPORT PARK
CONDOMINIUM ASSOCIATION, INC.,

    Plaintiff,

v.

ARCH SPECIALTY
INSURANCE COMPANY,

    Defendant.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michael J. Friedman and Michael R. Billings of Friedman Legal, enter their appearance as counsel (and is designated as lead counsel) for Plaintiff, Milam Airport Park Condominium Association, Inc., in the above-styled action and requests that all pleadings, correspondence, and other papers be served on the undersigned.

[Certificate of Service on next page]

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2022, the foregoing was filed electronically using the Court's CM/ECF system, which will send a notice to all counsel of record.

Respectfully submitted,

***/s/Michael J. Friedman***
Michael J. Friedman
Florida Bar No.: 650854
Michael R. Billings, Esq.
Florida Bar No.: 1000325
FRIEDMAN LEGAL
1001 Yamato Road, Suite 311
Boca Raton, FL 33431
Telephone: 561-320-7788
mfriedman@friedmanlegalfl.com (primary)
mbillings@friedmanlegalfl.com (primary)
pleadings@friedmanlegalfl.com (secondary)
***Attorney for Plaintiff***