UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20965-CIV-ALTONAGA/Torres

**MILAM AIRPORT PARK
CONDOMINIUM ASSOCIATION, INC.,**

     Plaintiff,

v.

**ARCH SPECIALTY INSURANCE
COMPANY,**

     Defendant.
_____/

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**

     **THIS CAUSE** is before the Court upon Defendant's Motion to Dismiss, D.E. 9, filed April 6, 2022.

     **THE COURT** has reviewed the pertinent portions of the record and is otherwise fully advised in the premises. Accordingly, it is

     **ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss, D.E. 9, is **GRANTED**. Plaintiff shall have fourteen days to file an amended complaint. Defendant shall have fourteen days thereafter to respond to Plaintiff's amended complaint.

     **DONE AND ORDERED** in Miami, Florida, this \_\_\_\_ day of April, 2022.

_____
**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

Copies provided to:
All Counsel of Record