UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 22-20965-CIV-ALTONAGA/Torres

MILAM AIRPORT PARK CONDOMINIUM
ASSOCIATION, INC.,

    Plaintiff,

vs.

ARCH SPECIALTY INSURANCE COMPANY,

    Defendant.
_____/

**DEFENDANT'S CERTIFICATE OF INTERESTED**
**PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendant, ARCH SPECIALTY INSURANCE COMPANY ("ARCH"), by and through undersigned counsel and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, respectfully submits this Certificate of Interested Persons and Corporate Disclosures Statement and states the following:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

   A. ARCH SPECIALTY INSURANCE COMPANY is an excess and surplus lines insurance company and is a wholly owned subsidiary of ARCH INSURANCE COMPANY, which is a wholly owned subsidiary of ARCH REINSURANCE COMPANY, whose ultimate parent is ARCH CAPITAL GROUP LTD., a publicly traded company (Defendant).

   B. MILAM AIRPORT PARK V CONDOMINIUM ASSOCIATION, INC. (Plaintiff/Insured).

   C. Basulto Robbins & Associates, LLP (Registered Agent for Plaintiff/Insured).

    D.    Sam Noriega (Treasurer for Plaintiff/Insured).

    E.    Daniel Sanchez (President/Secretary for Plaintiff/Insured).

    F.    Bryan Velasquez, Tier 1 Adjusting, LLC (Public Adjuster for Plaintiff).

    G.    Renee Peavy, National Adjusters, Inc. (Public Adjuster for Plaintiff).

    H.    Bryce McLarney, Trouble in Paradise Adjusting, Inc. (Public Adjuster for Plaintiff).

    I.    Christopher M. Ramey, Esq., Butler Weihmuller Katz Craig LLP (Attorney for Defendant).

    J.    Justin Sblano, Esq., Butler Weihmuller Katz Craig LLP (Attorney for Defendant).

    K.    Juan C. Velasquez, Esq., Velasquez & Associates, P.A. (Attorney for Plaintiff).

    L.    Michael R. Billings, Esq., Friedman Legal (Attorney for Plaintiff).

    M.    Michael J. Friedman, Esq., Friedman Legal (Attorney for Plaintiff).

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4. The name of each victim (individual and corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Not applicable/none.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

BUTLER WEIHMULLER KATZ CRAIG LLP

*/s/*Justin W. Sblano
CHRISTOPHER M. RAMEY, ESQ.
Florida Bar No.:  0044808
cramey@butler.legal
JUSTIN W. SBLANO, ESQ.
Florida Bar No.:  1008138
jsblano@butler.legal
Secondary:	hkerr@butler.legal
		clugo@butler.legal
400 N. Ashley Drive, Suite 2300
Tampa, Florida  33602
Telephone:	(813) 281-1900
Facsimile:	(813) 281-0900
Attorneys for Defendant, *ARCH SPECIALTY INSURANCE COMPANY*

## CERTIFICATE OF SERVICE

I certify that a copy hereof that the foregoing was filed with the CM/ECF system on April 7, 2022, which will automatically send electronic copies to the following:

Juan C. Velasquez, Esq.
Velasquez & Associates, P.A.
330 SW 27th Avenue, Suite 601
Miami, Florida 33135
juan@jvelasquezlaw.com
Attorneys for Plaintiff

*/s/*Justin W. Sblano
JUSTIN W. SBLANO, ESQ.