**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 22-20965-CIV-ALTONAGA/Torres**

MILAM AIRPORT PARK
CONDOMINIUM ASSOCIATION, INC.,

      Plaintiff,

v.

ARCH SPECIALTY INSURANCE
COMPANY,

      Defendant.

_____/

## AMENDED COMPLAINT

Plaintiff, MILAM AIRPORT PARK CONDOMINIUM ASSOCIATION, INC. (the "Plaintiff"), hereby sues Defendant, ARCH SPECIALTY INSURANCE COMPANY (the "Defendant"), and alleges as follows:

## PARTIES, JURISDICTION AND VENUE

1. At all times material hereto, Plaintiff, MILAM AIRPORT PARK CONDOMINIUM ASSOCIATION, INC.'s principal place of business was located in Miami-Dade County, Florida, and the policy of insurance involved herein was issued by Defendant, ARCH SPECIALTY INSURANCE COMPANY, to Plaintiff.

2. At all times material hereto, Defendant, ARCH SPECIALTY INSURANCE COMPANY, was and is a foreign corporation organized under the laws of the State of Nebraska that is duly authorized to transact insurance business in the State of Florida.

3.      This Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and this is an action between citizens of different States.

4.      Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 because the property subject to this action is located, and a substantial part of the events or omissions giving rise to Plaintiffs' claim occurred, in this judicial district.

## GENERAL ALLEGATIONS

5.      Plaintiff purchased and paid the premium for a policy of insurance from Defendant, Policy Number ESP7302034-02 (the "Policy'), for the property located at 6900- 7128 N.W. 50th Street, Miami, FL 33166 (the "Insured Property").

6.      The Policy was in full force and effect at all relevant times to this lawsuit.

7.      The damage to Plaintiff's Property, and any and all claims and losses of Plaintiff for the loss on or about September 10, 2017, fall within coverage afforded pursuant to the Policy of insurance issued by the Defendant.

8.      A true and correct copy of the Policy is attached hereto and incorporated herein as composite Exhibit "A".

9.      The Plaintiffs' representative prepared an estimate of damages incurred by the Plaintiff as a result of the loss ("Estimate"). A true and correct copy of the Estimate is attached hereto and incorporated herein as composite Exhibit "B".

10.     The Insurance Company assigned claim number 000013140980 to the Loss.

11.     The loss to Plaintiff's Property was a direct physical loss to the property and, therefore, is a covered peril under the Policy.

12.     Accordingly, Plaintiff immediately made application to Defendant for insurance benefits under the Policy.

13.     Defendant has failed to pay all benefits to which Plaintiff is entitled under the Policy.

14.     All conditions precedent to obtaining payment of insurance benefits under the Policy, and to the filing of this action have been fulfilled, satisfied, waived or excused.

### COUNT I – BREACH OF CONTRACT

15.     Plaintiff realleges paragraphs 1 through 14 as if fully set forth herein and further alleges the following:

16.     Defendant's denial of coverage and/or refusal to pay the full amount of the claim was contrary to the terms of the Policy and/or Florida law, and was a breach of said contract of insurance.

17.     As a direct and proximate cause of the Defendant's acts and/or omissions, Plaintiff has been damaged in an amount to be determined at trial.

18.     As a direct and proximate cause of the Defendant's breach in refusal to pay the full amount of the Plaintiff's claim, the Plaintiff has been required to retain the legal services of its attorneys for the purposes of prosecuting the instant matter and such attorneys are entitled to reasonable attorney's fees pursuant to Section 627.428, Florida Statutes.

**WHEREFORE**, the Plaintiff, MILAM AIRPORT PARK CONDOMINIUM ASSOCIATION, INC. demands judgment against the Defendant, ARCH SPECIALTY INSURANCE COMPANY for damages, including, but not limited to, damage to the premises, its contents, loss of use, costs, interest as allowed by law, reasonable attorney's fees pursuant to Section 627.428, Florida Statutes, and such other relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury of all issues so triable.

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2022, the foregoing was filed electronically using the Court's CM/ECF system and served electronically upon: Christopher Ramey, Esq., Justin Sblano, Esq., Butler Weihmuller Katz Craig LLP, 400 North Ashley Drive, Suit 2300, Tampa, Florida 33602 (cramey@butler.legal) (jsblano@butler.legal) (hkerr@butler.legal) (clugo@butler.legal).

Respectfully submitted,

*/s/Michael J. Friedman*
Michael J. Friedman
Florida Bar No.: 650854
Michael R. Billings, Esq.
Florida Bar No.: 1000325
FRIEDMAN LEGAL
1001 Yamato Road, Suite 311
Boca Raton, FL 33431
Telephone: 561-320-7788
mfriedman@friedmanlegalfl.com (primary)
mbillings@friedmanlegalfl.com (primary)
pleadings@friedmanlegalfl.com (secondary)
*Attorney for Plaintiff*

4

Exhibit "A"

## SURPLUS LINES INSURERS' POLICY RATES AND FORMS ARE NOT APPROVED BY ANY FLORIDA REGULATORY AGENCY.



### ARCH SPECIALTY INSURANCE CO.

(A Missouri Corporation)

Home Office Address:

2345 Grand Blvd. Suite 900
Kansas City, MO 64108

Administrative Address:

311 South Wacker Drive
Suite 3700
Chicago, IL 60606
Tel: (312) 601-8466

### FLORIDA COMMERCIAL PROPERTY

### DECLARATIONS

## THIS POLICY CONTAINS A CO-PAY PROVISION THAT MAY RESULT IN HIGH OUT – OF – POCKET EXPENSES TO YOU.

**Policy Number:** ESP 7302034-02
**Renewal of:** ESP 7302034-01

**Named Insured:** MILAM AIRPORT PARK CONDOMINIUM ASSOCIATION, INC

**Address:** C/O ALLIED PROPERTY MGMT
12350 SW 132ND CT SUITE 114
MIAMI, FL 33186

**Policy Period:**
**From:** March 7, 2017   **To:** March 7, 2018
at 12:01 A.M., Standard Time at your mailing address shown above.

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**

**Commercial Property Coverage Part**                    **PREMIUM**

$81,225.00
**Total** $81,225.00

Premium Shown is payable at inception.

**LOCATIONS COVERED:** As Per Schedule on File with this Company

**FORMS AND ENDORSEMENTS Applying to this Coverage Part and Made Part of this Policy at Time of Issue:** See attached Schedule of Forms and Endorsements.

**ISSUE DATE:** March 1, 2017

06 EXP0001 10 08 16                                        Page 1 of 2

ARCH-000199

**Surplus Lines Agent Name:**       MARCIA WHISMAN
**Surplus Lines Mailing Address:**  7700 W. Camino Real, Suite 201
                                    Boca Raton, FL  33433

**Surplus Lines Agent License:**         P134922
**Surplus Lines State Taxes were filed:**  FL

Arch Specialty Insurance Company is licensed in the state of Missouri only.

ARCH-000200

## SCHEDULE OF FORMS AND ENDORSEMENTS

| | | |
|---|---|---|
| **NAMED INSURED: MILAM AIRPORT PARK CONDOMINIUM ASSOCIATION, INC** | TERM: March 7, 2017 | to March 7, 2018 |
| **POLICY NUMBER: ESP 7302034-02** | | |

| ENDT. NO. | FORM NO. | TITLE |
|---|---|---|
| | 06 ML0002 00 12 14 | SIGNATURE PAGE (ARCH SPECIALTY) |
| 1 | 00 EXP0009 00 11 14 | MINIMUM EARNED PREMIUM CLAUSE - PERCENTAGE |
| | 00 EXP0091 00 11 03 | COMMON POLICY CONDITIONS |
| 2 | 00 ML0003 00 04 12 | SERVICE OF SUIT |
| | 06 CP0002 00 03 08 | CLAIMS HANDLING PROCEDURES (Arch Specialty Ins. Co.) |
| 3 | 00 EXP0125 00 06 06 | TOTAL TERRORISM EXCLUSION |
| | 00 ML0065 00 06 07 | U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") |
| 4 | 00 EXP0078 00 01 16 | OCCURRENCE LIMIT OF LIABILITY ENDORSEMENT |
| 5 | 00 EXP0003 00 08 14 | EXCLUSION AND LIMITED ADDITIONAL COVERAGE FOR FUNGUS |
| 6 | 00 EXP0004 00 08 15 | ELECTRONIC DATA LOSS OR DAMAGE - EXCLUSION |
| 7 | 00 EXP0189 00 02 15 | ASBESTOS MATERIAL REMOVAL LIMITATION |
| 8 | 00 EXP0190 00 02 15 | AUTHORITIES EXCLUSION |
| 9 | 00 EXP0192 00 03 15 | EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA |
| 10 | 00 PRP0042 00 06 15 | POLLUTION AND CONTAMINATION EXCLUSION ENDORSEMENT |
| | 02 EXPD 00 09 02 | COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS |
| | 00 EXP0092 00 04 16 | BUILDING AND PERSONAL PROPERTY COVERAGE FORM |
| | 00 EXP0100 00 08 14 | CAUSES OF LOSS - SPECIAL FORM |
| 11 | 00 EXP0051 00 08 14 | NAMED WINDSTORM DEFINITION ENDORSEMENT |
| 12 | 00 EXP0195 00 03 15 | NAMED WINDSTORM PERCENTAGE DEDUCTIBLE ENDORSEMENT (REPORTED VALUE) |
| | 00 EXP0101 00 08 14 | COMMERCIAL PROPERTY CONDITIONS |

ARCH-000201



Signature Page

IN WITNESS WHEREOF, Arch Insurance Company has caused this policy to be executed and attested.

_____
John Mentz
President

_____
Patrick Nails
Secretary

ARCH-000202

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**MINIMUM EARNED PREMIUM CLAUSE – PERCENTAGE**

This endorsement modifies insurance provided under this policy.

It is agreed that in the event of cancellation of this policy by you, a minimum premium of 35% of the original policy premium shall become earned; any conditions of the policy to the contrary notwithstanding.

Your failure to make timely payment of premium shall be considered a request by you for us to cancel.  In the event of such cancellation by us for non-payment of premium, the minimum premium shall be due and payable; provided, however, such non-payment cancellation shall be rescinded if you remit the full premium due within ten (10) days of receiving it.

In the event of any other cancellation by us, the earned premium shall be computed pro rata, not subject to the minimum premium.

All other terms and conditions of this policy remain unchanged.

Endorsement Number: 1

Policy Number: ESP 7302034-02

Named Insured: MILAM AIRPORT PARK CONDOMINIUM ASSOCIATION, INC

This endorsement is effective on the inception date of this Policy unless otherwise stated herein:

Endorsement Effective Date: March 7, 2017

ARCH-000203

## COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A.**   **Cancellation**

    **1.**   The first Named Insured shown in the Declarations may cancel this policy **by** mailing or delivering to us advance written notice of cancellation.

    **2.**   We may cancel this policy **by** mailing or delivering **to** the first Named Insured written notice of cancellation at least:

        **a.**   10 days before the effective date **of** cancellation **if** we cancel **for** nonpayment **of** premium; or

        **b.**   30 days before the effective date of cancellation if we cancel for any other reason.

    **3.**   We will mail or deliver our notice **to** the first Named Insured's last mailing address known **to us.**

    **4.**   Notice **of** cancellation will state the effective date **of** cancellation.  The policy period will end on that date.

    **5.**   If this policy **is** cancelled, we will send the first Named Insured any premium refund due.  If we cancel, the refund will **be** pro rata. If the first Named Insured cancels, the refund may **be** less than pro rata.  The cancellation will **be** effective even **if** we have not made or offered **a** refund.

    **6.**   If notice is mailed, proof of mailing will be sufficient proof of notice.

**B.**   **Changes**

    This policy contains **all** the agreements between you and **us** concerning the insurance afforded. The first Named Insured shown in the Declarations **is** authorized **to** make changes in the terms **of** this policy **with** our consent.  This policy's terms can **be** amended or waived only **by** endorsement issued by us and made a part of this policy.

**C.**   **Examination Of Your Books And Records**

    We may examine and audit your books and records **as** they relate **to** this policy **at** any time during the policy period and up to three years afterward.

**D.**   **Inspections And Surveys**

    **1.**   We have the right to:

        **a.**   Make inspections and surveys at any time;

        **b.**   Give you reports on the conditions we find; and

        **c.**   Recommend changes.

    2.   We are not obligated **to** make any inspection, surveys, reports or recommendations and any such actions we do  undertake relate  only **to** insurability and  the premiums  **to** be  charged. We **do** not make safety inspections.  We **do** not undertake **to** perform the duty **of** any person

ARCH-000204

or organization to provide for the health or safety of workers or the public.  And we do not warrant that conditions:

    **a.**    Are safe or healthful; or

    **b.**    Comply with laws, regulations, codes or standards.

**3.**    Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

**4.**    Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E.**    **Premiums**

The first Named Insured shown in the Declarations:

**1.**    Is responsible for the payment of all premiums; and

**2.**    Will be the payee for any return premiums we pay.

**F.**    **Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative.  Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    

ARCH-000205

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**SERVICE OF SUIT**

It is agreed that:

1.   In the event of the failure of the **Insurer** to pay any amount claimed to be due hereunder, the **Insurer**, at the request of the **Insured**, will submit to the jurisdiction of any court of competent jurisdiction within the United States and will comply with all requirements necessary to give such court jurisdiction.  All matters arising under this Policy shall be determined in accordance with the law and practice of such Court, provided that nothing shall prohibit the **Insurer** from removing any action, suit or proceeding to a United States District Court.  The **Insurer** shall abide by the final decision of such court or any appellate court in the event of an appeal.

2.   Service of process in the above described action, suit or proceeding may be made upon: General Counsel, Arch Specialty Insurance Company, Harborside 3 210 Hudson Street, Suite 300 Jersey City, NJ 07311-1107.  Upon the request of the **Insured**, such General Counsel shall give a written undertaking to enter an appearance on behalf of the **Insurer** in the event that such an action, suit or proceeding shall be instituted.

3.   Pursuant to any statute of any state, territory or district of the United States which makes provision therefore, the **Insurer** hereby designates the Superintendent, Commissioner, or Director of Insurance or other officer specified in such statute as its true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted against the **Insurer** upon this Policy.  The Superintendent, Commissioner or Director of Insurance or other officer is hereby authorized and directed to accept service of process on behalf of the **Insurer** in any such action, suit or proceeding and to mail a copy of such process to the above mentioned General Counsel.

All other terms and conditions of this Policy remain unchanged.

Endorsement Number: 2

Policy Number: ESP 7302034-02

Named Insured: MILAM AIRPORT PARK CONDOMINIUM ASSOCIATION, INC

This endorsement is effective on the inception date of this Policy unless otherwise stated herein:

Endorsement Effective Date: March 7, 2017

ARCH-000206

## Claims Handling Procedures

An important value of your insurance coverage is the ability of the insurance company to respond when you have a claim.  Arch Specialty Insurance Company is committed to providing its insureds with effective claim services.

Notices of each incident, claim or suit must be sent immediately to:

Arch Specialty Insurance Co.
E & S Property Claims
1299 Farnam Street, Suite 500
Omaha, NE  68102
P.O. Box 542033
Omaha, NE  68154
Phone:  877 688-ARCH (2724)
Fax:  866 266-3630
E-mail:  Claims@ArchInsurance.com

You will be contacted by a representative of the company's Claim Department.  This representative will confirm receipt of the loss notice directly to you, provide a company claim number for all future correspondence, refer to an adjuster if necessary, and discuss further handling of the claim.

ARCH-000207

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**TOTAL TERRORISM EXCLUSION**

This endorsement modifies insurance provided under the Policy.

A.    The following definition is added and applies under this endorsement whenever the term terrorism, is enclosed in quotation marks:

"Terrorism" means activities against persons, organizations or property of any nature:

1.    that involve the following or preparation for the following:

a.    use or threat of force or violence; or

b.    commission or threat of a dangerous act; or

c.    commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

2.    When:

a.    the effect is to intimidate or coerce a government or a civilian population or any segment thereof, or to disrupt any segment of the economy; and/or

b.    it appears that the intent is to intimidate or coerce a government or a civilian population, or to further a philosophical, political, ideological, religious, social or economic objective or to express (or express opposition to) a philosophical, political, ideological, religious, social or economic objective.

B.    The following exclusion is added:

**EXCLUSION OF TERRORISM**

We (the Company) will not pay for loss or damage caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such loss or damage.

This exclusion also applies when one or more of the following are attributed to an incident of "terrorism":

1.    The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2.    Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

3.    The "terrorism" involves the use, release, or escape of nuclear materials, or that directly or indirectly results in nuclear reaction, nuclear radiation or radioactive contamination; or

4.    The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

00 EXP0125 00 06 06

ARCH-000208

**5.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

**C.   Application Of Other Exclusions**

**1.** When the EXCLUSION OF TERRORISM applies in accordance with the terms of **B.1.**, **B.2.** or **B.3.**, such exclusion applies without regard to the Nuclear Hazard Exclusion in this Coverage Form, Coverage Part or Policy.

**2.** The EXCLUSION OF TERRORISM contained in this Endorsement replaces any terrorism exclusion contained in this Coverage Form, Coverage Part or Policy.

**3.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss or damage which would otherwise be excluded under this Coverage Form, Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion, War Exclusion, or the War And Military Action Exclusion.

All other terms and conditions of this Policy remain unchanged.

Endorsement Number: 3

Policy Number: ESP 7302034-02

Named Insured: MILAM AIRPORT PARK CONDOMINIUM ASSOCIATION, INC

This endorsement is effective on the inception date of this Policy unless otherwise stated herein:

Endorsement Effective Date: March 7, 2017

ARCH-000209

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC")
## ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully**.

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site – http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

ARCH-000210

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**OCCURRENCE LIMIT OF LIABILITY ENDORSEMENT**

This endorsement modifies insurance provided under this policy.

It is agreed that the following special terms and conditions apply to this policy:

1.   The DEFINITIONS Section of the policy and any forms or endorsements attached thereto are amended by the addition of the following Definition:

"Occurrence" shall mean any one loss, disaster, casualty or series of losses, disasters or casualties, arising out of one event.  The duration and extent of any one loss, disaster, casualty or series of losses, disasters or casualties will be limited to all losses or series of losses occurring during any period of 168 consecutive hours arising out of, and directly occasioned by, the same event.

When the term applies to loss or series of losses from the perils of tornado, cyclone, hurricane, windstorm, hail, flood, earthquake, volcanic eruption, riot, riot attending a strike, civil commotion, and vandalism and malicious mischief, one event shall be construed to be all losses arising during a continuous period of 72 hours.  When filing proof of loss, you may elect the moment at which the 72 hour period shall be deemed to have commenced, which shall not be earlier than when the first loss occurs to any Covered Property.

2.   The premium for this policy is based upon the Statement of Values on file with us, or attached to this policy. In the event of loss hereunder, our liability, subject to the terms of paragraph **3.** below, shall be limited to the least of the following:

a.   The actual adjusted amount of loss, less applicable deductible(s).

b.   100% of the individually stated value for each scheduled item of interest insured, as shown on the latest Statement of Values on file with us, or attached to this policy, after applying the deductible(s).

c.   The Limit of Liability or Amount of Insurance shown on the Declarations Page or endorsed onto this policy.

3.   The Limit of Liability or Amount of Insurance shown on the Declarations Page of this policy, or endorsed onto this policy, is the total limit of our liability applicable to each "occurrence". Notwithstanding any other terms and conditions of this policy, in no event shall our liability exceed this limit or amount, irrespective of the number of locations involved.

All other terms and conditions of this Policy remain unchanged.

Endorsement Number: 4

Policy Number: ESP 7302034-02

Named Insured: MILAM AIRPORT PARK CONDOMINIUM ASSOCIATION, INC

This endorsement is effective on the inception date of this Policy unless otherwise stated herein:

Endorsement Effective Date: March 7, 2017

ARCH-000211

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**EXCLUSION AND LIMITED ADDITIONAL COVERAGE FOR FUNGUS**

This endorsement modifies insurance provided under this policy.

**A.**     The following item is added to **EXCLUSIONS,** section **B.**  With respect to the loss or damage addressed therein, this exclusion supersedes any other exclusion which addresses fungus.

**EXCLUSION – "Fungus", Wet Rot, Dry Rot And Bacteria**

We will not pay for loss or damage caused directly or indirectly by the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.  Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

But if "fungus", wet or dry rot or bacteria results in:

**1.**     A "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss", if the Causes of Loss – Special Form applies; or

**2.**     A "covered cause of loss", we will pay for the loss or damage caused by that "covered cause of loss", if the Causes of Loss – Basic Form and Causes of Loss – Broad Form applies.

This exclusion does not apply:

**1.**     When "fungus", wet or dry rot or bacteria results from fire or lightning; or

**2.**     To the extent that coverage is provided in the Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria with respect to loss or damage by a cause of loss other than fire or lightning.

**B.**     The following exclusion replaces any exclusion pertaining to continuous or repeated seepage or leakage of water; and supersedes any other exclusion, preclusion of coverage or exception to an exclusion pertaining to leakage or discharge of water or steam from a system or appliance.

We will not pay for loss or damage cause by or resulting from continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**C.**     The following item is added to **ADDITIONAL COVERAGES**:

**ADDITIONAL COVERAGE – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

**1.**     This limited coverage applies only when the "fungus", wet or dry rot or bacteria are the result of one or more of the following causes that occur during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that "occurrence", and only if any loss resulting from the following is reported to us within 60 days of the "occurrence":

**a.**     A "specified cause of loss" other than fire or lightning; or

**b.**     Flood, if the Flood Coverage Endorsement applies to the affected premises.

This Additional Coverage does not apply to lawns, trees, shrubs or plants which are a part of a vegetated roof.

ARCH-000212

2. Under conditions described in item **A.1.** above, we will pay for loss or damage by "fungus", wet or dry rot or bacteria.   As used in this Limited Coverage, the term loss or damage means:

    a. Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

    b. The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

    c. The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

3. The coverage provided under this Limited Coverage is limited to $15,000.  Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all "occurrences" which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular "occurrence" of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continue to be present or active, or recur, in a later policy period.

4. The coverage provided under this Limited Coverage is a sub-limit and does not increase the applicable Limit of Insurance on any Covered Property.  If a particular "occurrence" results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

    If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria causes an increase in the loss.  Any such increase in the loss will be subject to the terms of this Limited Coverage.

5. The terms of this Limited Coverage do not increase or reduce the coverage provided under paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes of Loss form or under the Additional Coverage – Collapse.

6. The following **6.a.** or **6.b.** applies only if Business Income and/or Extra Expense coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage form.

    a. If the loss which resulted in "fungus" wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days.  The days need not be consecutive.

    b. If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days.  The days need not be consecutive.

**D.** The following item is added to **DEFINITIONS**:

ARCH-000213

"Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

E.  Item **d.2.** under section **2.** of the **EXCLUSIONS** is amended to read:

"Rust, corrosion, decay, deterioration, hidden or latent defect or quality in property that causes it to damage or destroy itself".

All other terms and conditions of this Policy remain unchanged.

Endorsement Number: 5

Policy Number: ESP 7302034-02

Named Insured: MILAM AIRPORT PARK CONDOMINIUM ASSOCIATION, INC

This endorsement is effective on the inception date of this Policy unless otherwise stated herein:

Endorsement Effective Date: March 7, 2017

ARCH-000214

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**ELECTRONIC DATA LOSS OR DAMAGE – EXCLUSION**

This endorsement modifies insurance provided under this policy.

**A.**     It is agreed that the following definitions apply:

"Electronic Data" means facts, concepts and information converted to a form useable for communications, interpretation or processing by electronic and electromechanical data processing or electronically controlled equipment and includes programs, software and other coded instructions for the processing and manipulation of data or the direction and manipulation of such equipment.

"Computer Virus" means a set of corrupting, harmful or otherwise unauthorized instructions or code including a set of maliciously introduced unauthorized instructions or code, programmatic or otherwise, that propagate themselves through a computer system or network of whatsoever nature".   "Computer Virus" includes but is not limited to 'trojan horses', 'worms' and 'time or logic bombs'.

**B.**     Except as provided in the Additional Coverage – Electronic Data, if any, the following exclusion applies:

**Damage to Electronic Data**

We will not pay for loss, destruction, distortion, erasure, corruption, deletion, manipulation or alteration of or damage to "Electronic Data" including loss of use, reduction in functionality, or any cost or expense to replace or restore such "Electronic Data" from any cause whatsoever (including, but not limited to, "Computer Virus" or a willful or malicious act).

This exclusion applies regardless of any other cause or event contributing concurrently or in any other sequence to the loss.

However, this exclusion does not apply to loss, destruction, distortion, erasure, corruption, deletion, manipulation or alteration of or damage to "Electronic Data" arising from the following specified causes of loss, if these causes of loss are not otherwise excluded: fire, lightning, explosion, windstorm or hail, strike, riot or civil commotion, leakage from fire extinguishing equipment, impact or collapse.   However, this exception does not apply to fire or explosion resulting from risks excluded under any terrorism exclusion.

**C.**     Except as provided in the Additional Coverage – Interruption Of Computer Operations, if any, the following is added to the Business Income and/or Extra Expense Coverage, as applicable:

**Additional Limitation – Interruption Of Computer Operations**

We will not pay for:

**1.**   Business Income loss incurred when a "suspension" of "operations" is caused by loss, destruction, distortion, erasure, corruption, deletion, manipulation or alteration of or damage to "Electronic Data" from any cause whatsoever (including, but not limited to, "Computer Virus" or a willful or malicious act).

**2.**   Extra Expense loss incurred when action is taken to avoid or minimize a "suspension" of "operations" caused by loss, destruction, distortion, erasure, corruption, deletion, manipulation or alteration of or damage to "Electronic Data" from any cause whatsoever (including, but not limited to, "Computer Virus" or a willful or malicious act).

ARCH-000215

This limitation applies regardless of any other cause or event contributing concurrently or in any other sequence to the loss.

However, this limitation will not apply to loss, destruction, distortion, erasure, corruption, deletion, manipulation or alteration of or damage to "Electronic Data" arising from the following specified causes of loss, if these causes of loss are not otherwise excluded: fire, lightning, explosion, windstorm or hail, strike, riot or civil commotion, leakage from fire extinguishing equipment, impact or collapse.   However, this exception does not apply to fire or explosion resulting from risks excluded under any terrorism exclusion.

All other terms and conditions of this policy remain unchanged.

Endorsement Number: 6

Policy Number: ESP 7302034-02

Named Insured: MILAM AIRPORT PARK CONDOMINIUM ASSOCIATION, INC

This endorsement is effective on the inception date of this Policy unless otherwise stated herein:

Endorsement Effective Date: March 7, 2017

ARCH-000216

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**ASBESTOS MATERIAL REMOVAL LIMITATION**

This endorsement modifies insurance provided under this policy.

It is agreed that:

**ASBESTOS MATERIAL REMOVAL LIMITATION**

This policy excludes any loss, damage or expense **to** remove or replace asbestos materials unless such materials are themselves damaged by a Covered Cause of Loss.

Notwithstanding that competent Government Authority may declare **all** or parts **of** the insured premises unfit **for** occupancy without removal or modifications **to** asbestos materials, our liability **is** limited **to** the proportion represented by the cost to repair the damaged part of the premises, not the entire property.

Similarly, **if** the policy provides any coverage **for** business income, extra expense, **loss of** rents or rental value or other **loss of** use or occupancy, such coverage shall **be** limited **to** the time necessary **to** repair or replace only the damaged portion(s) of the premises.

Nothing in this Endorsement shall override any radioactive contamination exclusion clause in the Policy **to** which this Endorsement is attached.

All other terms and conditions of this policy remain unchanged.

Endorsement Number: 7

Policy Number: ESP 7302034-02

Named Insured: MILAM AIRPORT PARK CONDOMINIUM ASSOCIATION, INC

This endorsement is effective on the inception date of this Policy unless otherwise stated herein:

Endorsement Effective Date: March 7, 2017

ARCH-000217

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**AUTHORITIES EXCLUSION**

This endorsement modifies insurance provided under this policy.

It is agreed that:

**AUTHORITIES EXCLUSION**

This policy does not insure against loss, damage, costs, expenses, fines or penalties incurred or sustained **by** or imposed **on** the insured **at** the order **of** any government agency, court or other authority arising from any cause whatsoever.

All other terms and conditions of this policy remain unchanged.

Endorsement Number: 8

Policy Number: ESP 7302034-02

Named Insured: MILAM AIRPORT PARK CONDOMINIUM ASSOCIATION, INC

This endorsement is effective on the inception date of this Policy unless otherwise stated herein:

Endorsement Effective Date: March 7, 2017

ARCH-000218

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA**

This endorsement modifies insurance provided under this policy.

It is agreed that:

**EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA**

1.  The exclusion set forth in Paragraph **2.** applies to all coverages under all forms and endorsements that comprise this policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

2.  We will not pay for loss or damage caused by or resulting from any **virus,** bacterium or other micro-organism that induces or is capable of inducing physical distress, illness or disease. However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this policy.

3.  With respect to any **loss** or damage subject to the exclusion in Paragraph **2.,** such exclusion supersedes any exclusion relating to "pollutants".

4.  The following provisions in this policy are hereby amended to remove reference to bacteria:

    **(a)**   EXCLUSION – "Fungus", Wet Rot, Dry Rot And Bacteria;

    **(b)**   ADDITIONAL COVERAGE – Limited Coverage For "Fungus", **Wet Rot,** Dry Rot **And** Bacteria, Including any endorsement increasing the scope or amount of coverage.

The terms of the exclusion in Paragraph **2.,** or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this policy.

All other terms and conditions of this Policy remain unchanged.

Endorsement Number: 9

Policy Number: ESP 7302034-02

Named Insured: MILAM AIRPORT PARK CONDOMINIUM ASSOCIATION, INC

This endorsement is effective on the inception date of this Policy unless otherwise stated herein:

Endorsement Effective Date: March 7, 2017

00 EXP0192 00 03 15                                                                                                     Page 1 of 1

ARCH-000219

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**POLLUTION AND CONTAMINATION EXCLUSION ENDORSEMENT**

Notwithstanding any other provisions to the contrary in the policy to which this endorsement is attached, it is agreed that:

This policy does not cover any loss, damage, cost or expense caused by, resulting from, contributed to or made worse by actual, suspected, alleged or threatened presence, discharge, dispersal, seepage, migrations, introduction, release or escape of "Pollutants or Contaminants", all whether direct or indirect, proximate or remote or in whole or in part caused by, contributed to or aggravated by any physical damage insured by this policy, except as specifically referenced below.

Nevertheless, if a fire or explosion arises directly or indirectly from "Pollutants or Contaminants", any loss or damage insured under this policy arising directly from the fire or explosion is insured, subject to the provisions of this policy.

"Pollutants or Contaminants" means any material, whether solid, liquid, gaseous or otherwise, which can cause or threaten damage to human health or human welfare or causes or threatens damage, deterioration, loss of value, marketability or loss of use to property insured hereunder. "Pollutants or Contaminants" include, but are not limited to, foreign substances, impurities, hazardous materials, poisons, toxins, pathogens or pathogenic organisms, bacteria, virus, and any disease causing or illness causing agents.

However, this exclusion shall not apply to loss or damage directly caused by fire, lightning, aircraft impact, explosion, riot, civil commotion, vehicle impact, windstorm, hail, vandalism or accidental discharge from automatic fire protective systems.

All other terms and conditions of this Policy remain unchanged.

Endorsement Number: 10

Policy Number: ESP 7302034-02

Named Insured: MILAM AIRPORT PARK CONDOMINIUM ASSOCIATION, INC

This endorsement is effective on the inception date of this Policy unless otherwise stated herein:

Endorsement Effective Date: March 7, 2017

ARCH-000220

## Commercial Property Coverage Part Declarations

| Policy Number | ESP 7302034-02 |
|---|---|
| Renewal of | ESP 7302034-01 |
| Named Insured | MILAM AIRPORT PARK CONDOMINIUM ASSOCIATION, INC |
| Effective Date | March 7, 2017 |

| Description of Premises | |
|---|---|
| Premises Number | All |
| Building Number | All |
| Location, Construction, and Occupancy | As per Schedule of Locations/Statement of values on file with the Company |
| **Coverage Provided – Insurance at the described premises applies only for coverages for which a limit of insurance is shown** | |
| Premises Number | All |
| Building Number | All |
| Coverage | Building Only |
| Limit of Insurance | $21,000,000 Per Occurrence |
| Coverage Cause of Loss | Special Form |
| Coinsurance (If extra expense coverage, limits on loss payment) | 80% |
| **Optional Coverages – applicable only when entries are made in the schedule below** | |
| Premises Number | All |
| Building Number | All |
| Agreed Value | Expiration Date: N/A<br>Coverage:<br>Amount: |
| Replacement Cost | [X] Yes<br>[ ] No<br>Real Property |
| Actual Cash Value | [ ] Yes<br>[X] No |

ARCH-000221

| | |
|---|---|
| **Functional Replacement Cost** | ☐ Yes<br>☒ No |
| **Indemnity – Applies to Business Income Only** | Monthly Limit:<br>Maximum Period:<br>Extended Period: |

| Coverage | |
|---|---|
| **Deductible** | $5,000.00 Per Occurrence<br>except **as** per Windstorm or Hail Percentage Deductible Endorsement<br><br>$100,000 All Other Windstorm/Hail Per Occurrence |
| **Total Premium** | Included |

| Form(s)/Endorsement(s) | |
|---|---|
| **Applicable To All Coverages** | See Schedule of Forms and Endorsements Form 00 ML0012 00 01 03 |

*These Declarations, when combined with the common policy declarations, the common policy conditions, coverage form(s) and endorsements, if any, issued to form a part thereof, complete the contract of insurance.*

ARCH-000222

# BUILDING AND PERSONAL
# PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H. Definitions.**

**A.**     **Coverage**

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

**1.**     **Covered Property**

Covered Property, as used in this Coverage Part, means the type of property described in this Section, **A.1.,** and limited in **A.2.,** Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

**a.**     **Building**, meaning the building or structure described in the Declarations, including:

**(1)**     Completed additions;

**(2)**     Fixtures, including outdoor fixtures;

**(3)**     Permanently installed:

**(a)**     Machinery and

**(b)**     Equipment;

**(4)**     Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

**(a)**     Fire extinguishing equipment;

**(b)**     Outdoor furniture;

**(c)**     Floor coverings; and

**(d)**     Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(5)**     If not covered by other insurance:

**(a)**     Additions under construction, alterations and repairs to the building or structure;

**(b)**     Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

ARCH-000223

    **b.**    **Your Business Personal Property** located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property – Separation of Coverage form:

        **(1)**    Furniture and fixtures;

        **(2)**    Machinery and equipment;

        **(3)**    "Stock";

        **(4)**    All other personal property owned by you and used in your business;

        **(5)**    Labor, materials or services furnished or arranged by you on personal property of others;

        **(6)**    Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

            **(a)**    Made a part of the building or structure you occupy but do not own; and

            **(b)**    You acquired or made at your expense but cannot legally remove;

        **(7)**    Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property of Others.

    **c.**    **Personal Property Of Others** that is:

        **(1)**    In your care, custody or control; and

        **(2)**    Located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

    However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2.**    **Property Not Covered**

Covered Property does not include:

    **a.**    Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

    **b.**    Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

    **c.**    Automobiles held for sale;

    **d.**    Bridges, roadways, walks, patios or other paved surfaces;

    **e.**    Contraband, or property in the course of illegal transportation or trade;

    **f.**    The cost of excavations, grading, backfilling or filling;

    **g.**    Foundations of buildings, structures, machinery or boilers if their foundations are below:

00 EXP0092 00 04 16    Includes copyrighted material of Insurance Services Office, Inc.,    Page 2 of 22
with its permission.

ARCH-000224

**(1)** The lowest basement floor; or

**(2)** The surface of the ground, if there is no basement;

**h.** Land (including land on which the property is located), water, growing crops or lawns;

**i.** Personal property while airborne or waterborne;

**j.** Bulkheads, pilings, piers, wharves or docks;

**k.** Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**l.** Retaining walls that are not part of a building;

**m.** Underground pipes, flues or drains;

**n.** Electronic data, except as provided under Additional Coverages – Electronic Data. Electronic data means facts, concepts and information converted to a form useable for communications, interpretation or processing by electronic or electromechanical data processing or electronically controlled equipment and includes programs, software, and other coded instructions for the processing and manipulation of data or the direction and manipulation of such equipment. This Paragraph **n.**, does not apply to your "**stock**" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system.

**o.** The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data.

**p.** Vehicles or self-propelled machines (including aircraft or watercraft) that:

**(1)** Are licensed for use on public roads; or

**(2)** Are operated principally away from the described premises.

This paragraph does not apply to:

**(a)** Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

**(b)** Vehicles or self-propelled machines, other than autos, you hold for sale;

**(c)** Rowboats or canoes out of water at the described premises; or

**(d)** Trailers, but only to the extent provided for in the Coverage Extension for Non-Owned Detached Trailers.

**q.** The following property while outside of buildings:

**(1)** Grain, hay, straw or other crops;

ARCH-000225

**(2)**   Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants (other than "**stock**" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

**3.**   **Covered Causes Of Loss**

See applicable Causes of Loss Form as shown in the Declarations.

**4.**   **Additional Coverages**

**a.**   **Debris Removal**

**(1)**   Subject to Paragraphs **(2), (3)** and **(4)**, we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)**   Debris Removal does not apply to costs to:

**(a)**   Extract "pollutants" from land or water; or

**(b)**   Remove, restore or replace polluted land or water.

**(3)**   Subject to the exceptions in Paragraph **(4)**, the following provisions apply:

**(a)**   The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**(b)**   Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

**(4)**   We will pay up to an additional $10,000 for debris removal expense, for each location, in any one "occurrence" of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)**   The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)**   The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if **(4)(a)** and/or **(4)(b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $10,000.

**(5)**   **Examples**

The following examples assume that there is no coinsurance penalty.

ARCH-000226

**Example #1**

| | |
|---|---|
| Limit of Insurance | $90,000 |
| Amount of Deductible | $500 |
| Amount of Loss | $50,000 |
| Amount of Loss Payable | $49,500 |
| | ($50,000 - $500) |
| Debris Removal Expense | $10,000 |
| Debris Removal Expense Payable | $10,000 |
| ($10,000 is 20% of $50,000) | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3).**

**Example #2**

| | | |
|---|---|---|
| Limit of Insurance | | $90,000 |
| Amount of Deductible | | $500 |
| Amount of Loss | | $80,000 |
| Amount of Loss Payable | | $79,500 |
| | | ($80,000 - $500) |
| Debris Removal Expense | | $30,000 |
| Debris Removal Expense Payable | | |
| | Basic Amount | $10,500 |
| | Additional Amount | $10,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4),** because the debris removal expense ($30,000) exceeds 25% of the loss payable plus the deductible ($30,000 is 37.5% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $30,000 = $109,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $10,000, the maximum payable under Paragraph **(4).** Thus the total payable for debris removal expense in this example is $20,500; $9,500 of the debris removal expense is not covered.

**b.     Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

00 EXP0092 00 04 16     Includes copyrighted material of Insurance Services Office, Inc.,     Page 5 of 22
with its permission.

ARCH-000227

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c.** **Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

This Additional Coverage applies to your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

**d.** **Pollutant Clean Up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

**e.** **Increased Cost Of Construction**

**(1)** This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with the minimum enforcement standards of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

**(3)** The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

   **(a)** You were required to comply with before the loss, even when the

ARCH-000228

building was undamaged; and

    **(b)**    You failed to comply with.

**(5)**    Under this Additional Coverage, we will not pay for:

    **(a)**    The enforcement of or compliance with any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

    **(b)**    Any costs associated with the enforcement of or compliance with an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**(6)**    The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of: $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable coinsurance percentage.

**(7)**    With respect to this Additional Coverage:

    **(a)**    We will not pay for the Increased Cost of Construction:

        **(i)**    Until the property is actually repaired or replaced, at the same or another premises; and

        **(ii)**    Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

    **(b)**    If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

    **(c)**    If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)**    This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)**    The costs addressed in the Loss Payment and Valuation Conditions, and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of an ordinance or law. The

ARCH-000229

amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

**f.    Electronic Data**

**(1)**    Under this Additional Coverage, electronic data has the meaning described under Property Not Covered – Electronic Data.  This Additional Coverage does not apply to your "stock" of prepackaged software, or to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system.

**(2)**    Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss.   To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

**(3)**    The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage – Electronic Data, subject to the following:

   **(a)**    If the Causes Of Loss – Special Form applies, coverage under this Additional Coverage – Electronic Data is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

   **(b)**    If the Causes Of Loss – Broad Form applies, coverage under this Additional Coverage – Electronic Data includes Collapse as set forth in that form.

   **(c)**    If the Causes Of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage – Electronic Data.

   **(d)**    Regardless of the Causes of Loss Form applicable, we will not pay for loss or damage caused by or resulting from a virus, harmful code or similar instruction, whether from an internal or external source, introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. There also is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

**(4)**    The most we will pay under this Additional Coverage – Electronic Data is $2,500 for all loss or damage sustained in any one policy year, regardless of the number of "occurrences" of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first "occurrence" does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an "occurrence" which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the "occurrence" began.

ARCH-000230

**5.** **Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

Each of the following Coverage Extensions is additional insurance. The Additional Condition, Coinsurance, does not apply to these Extensions.

If a Coinsurance percentage of 80% or more, or a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a.** **Newly Acquired Or Constructed Property**

**(1)** **Buildings**

If this policy covers Building, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at locations, other than the described premises, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2)** **Your Business Personal Property**

**(a)** If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

**(i)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

**(ii)** Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

**(iii)** Business personal property that you newly acquire, located at the described premises.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

**(b)** This Extension does not apply to:

**(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**(ii)** Personal property of others that is temporarily in your possession

ARCH-000231

in the course of your manufacturing or wholesaling activities.

**(3)    Period Of Coverage**

With respect to insurance provided under this Coverage Extension for Newly Acquired Or Constructed Property, coverage will end when any of the following first occurs:

**(a)**    This policy expires;

**(b)**    30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)**    You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b.    Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)**    Personal effects owned by you, your officers, your partners or members, your managers or your employees.   This extension does not apply to loss or damage by theft.

**(2)**    Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises.  Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c.    Valuable Papers And Records (Other Than Electronic Data)**

**(1)**    You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist.   But this Extension does not apply to valuable papers and records which exist as electronic data.   Electronic data has the meaning described under Property Not Covered – Electronic Data.

**(2)**    If the Causes Of Loss – Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

**(3)**    If the Causes Of Loss – Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

**(4)**    Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations.   Such amount is additional insurance.   We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records.   The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal

ARCH-000232

Property and therefore coverage of such costs is not additional insurance.

**d.** **Property Off-Premises**

    **(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

        **(a)** Temporarily at a location you do not own, lease or operate;

        **(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

        **(c)** At any fair, trade show or exhibition.

    **(2)** This Extension does not apply to property:

        **(a)** In or on a vehicle; or

        **(b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

    **(3)** The most we will pay for loss or damage under this Extension is $10,000.

**e.** **Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), signs (other than signs attached to buildings), trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

    **(1)** Fire;

    **(2)** Lightning;

    **(3)** Explosion;

    **(4)** Riot or Civil Commotion; or

    **(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one "occurrence", regardless of the types or number of items lost or damaged in that "occurrence".

**f.** **Non-Owned Detached Trailers**

    **(1)** You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

        **(a)** The trailer is used in your business;

        **(b)** The trailer is in your care, custody or control at the premises described in the Declarations; and

ARCH-000233

      **(c)**    **You** have a contractual responsibility to pay **for loss** or damage **to** the trailer.

  **(2)**   We will not pay for any loss or damage that occurs:

      **(a)**    While the trailer **is** attached **to** any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

      **(b)**    During hitching or unhitching operations, or when **a** trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

  **(3)**   The most we will pay **for loss** or damage under this Extension **is** $5,000, unless a higher limit is shown in the Declarations.

  **(4)**   This insurance **is** excess over the amount due (whether you can collect **on it** or not) from any other insurance covering such property.

**B.**    **Exclusions And Limitations**

See applicable Causes of Loss Form as shown in the Declarations.

**C.**    **Limits Of Insurance**

The most we will pay **for loss** or damage in any one "occurrence" **is** the applicable Limit **of** Insurance shown in the Declarations.

The most we will pay **for loss** or damage **to** outdoor signs attached **to** buildings **is** $1,000 per sign in any one "occurrence".

The **limits** applicable **to** the following Additional Coverages apply in accordance **with** the terms **of** such coverage and are in addition **to** the Limits **of** Insurance shown in the Declarations **for** any other coverage:

**1.**   Fire Department Service Charge;

**2.**   Pollutant Clean Up and Removal;

**3.**   Increased Cost of Construction; and

**4.**   Electronic Data.

Payments under the Preservation **of** Property Additional Coverage will not increase the applicable Limit of Insurance.

**D.**    **Deductible**

**In** any one "occurrence" **of loss** or damage (hereinafter referred **to as loss)**, we will first reduce the amount **of loss if** required **by** the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount **of loss is less** than or equal **to** the Deductible, we will not pay **for** that loss. If the adjusted amount **of loss** exceeds the Deductible, we will then subtract the Deductible from the adjusted amount **of** loss, and will pay the resulting amount or the Limit **of** Insurance, whichever **is less.**

When the "occurrence" involves **loss to** more than one item **of** Covered Property and separate Limits **of** Insurance apply, the losses will not **be** combined in determining application **of** the

ARCH-000234

Deductible. But the Deductible will be applied only once per "occurrence".

**Example No. 1:**

(This example assumes there is no coinsurance penalty.)

| | |
|---|---|
| Deductible: | $250 |
| Limit of Insurance – Bldg. 1: | $60,000 |
| Limit of Insurance – Bldg. 2: | $80,000 |
| Loss to Bldg. 1: | $60,100 |
| Loss to Bldg. 2: | $90,000 |

The amount of loss to Bldg. 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Bldg. 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Bldg. 1:

$   60,100

–      250
     _____

$   59,850   Loss Payable – Bldg. 1

The Deductible applies once per "occurrence" and therefore is not subtracted in determining the amount of loss payable for Bldg. 2. Loss payable for Bldg. 2 is the Limit of Insurance of $80,000.

Total amount of loss payable: $59,850 + 80,000 = $139, 850

**Example No. 2:**

(This example, too, assumes there is no coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example No. 1.

| | |
|---|---|
| Loss to Bldg. 1: | $70,000 |
| (exceeds Limit of Insurance plus Deductible) | |
| Loss to Bldg. 2: | $90,000 |
| (exceeds Limit of Insurance plus Deductible) | |
| Loss Payable – Bldg. 1: | $60,000 |
| (Limit of Insurance) | |
| Loss Payable – Bldg. 2: | $80,000 |
| (Limit of Insurance) | |
| Total amount of loss payable: | $140,000 |

**E.     Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1.     Abandonment**

There can be no abandonment of any property to us.

ARCH-000235

**2.    Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.**    Pay its chosen appraiser; and

**b.**    Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3.    Duties In The Event Of Loss Or Damage**

**a.**    You must see that the following are done in the event of loss or damage to Covered Property:

**(1)**    Notify the police if a law may have been broken.

**(2)**    Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)**    As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)**    Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)**    At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)**    As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)**    Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)**    Cooperate with us in the investigation or settlement of the claim.

**b.**    We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event

ARCH-000236

of an examination, an insured's answers must be signed.

4.   **Loss Payment**

a.   In the event of loss or damage covered by this Coverage Form, at our option, we will either:

    **(1)**   Pay the value of lost or damaged property;

    **(2)**   Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

    **(3)**   Take all or any part of the property at an agreed or appraised value; or

    **(4)**   Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

b.   The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

c.   We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

d.   We will not pay you more than your financial interest in the Covered Property.

e.   We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

f.   We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

g.   We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

    **(1)**   We have reached agreement with you on the amount of loss; or

    **(2)**   An appraisal award has been made.

h.   A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the

ARCH-000237

adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

**5.     Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6.     Vacancy**

**a.     Description Of Terms**

**(1)**   As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

**(a)**   When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

**(b)**   When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

**(i)**   Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or

**(ii)**   Used by the building owner to conduct customary operations.

**(2)**   Buildings under construction or renovation are not considered vacant.

**b.     Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

**(1)**   We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

**(a)**   Vandalism;

**(b)**   Sprinkler leakage, unless you have protected the system against freezing;

**(c)**   Building glass breakage;

**(d)**   Water damage;

**(e)**   Theft; or

**(f)**   Attempted theft.

**(2)**   With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for

ARCH-000238

the loss or damage by 15%.

**7.    Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

**a.**    At actual cash value as of the time of loss or damage, except as provided in **b., c., d.** and **e.** below.

**b.**    If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property. However, the following property will be valued at the actual cash value even when attached to the building:

**(1)**    Awnings or floor coverings;

**(2)**    Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

**(3)**    Outdoor equipment or furniture.

**c.**    "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**d.**    Glass at the cost of replacement with safety glazing material if required by law.

**e.**    Tenant's Improvements and Betterments at:

**(1)**    Actual cash value of the lost or damaged property if you make repairs promptly.

**(2)**    A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

**(a)**    Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(b)**    Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(3)**    Nothing if others pay for repairs or replacement.

**F.    Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1.    Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

ARCH-000239

**a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

**(1)** Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

**(2)** Divide the Limit of Insurance of the property by the figure determined in Step **(1)**;

**(3)** Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step **(2)**; and

**(4)** Subtract the deductible from the figure determined in Step **(3)**.

We will pay the amount determined in Step **(4)** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example No. 1 (Underinsurance):**

| When: | The value of the property is | $250,000 |
|---|---|---|
| | The Coinsurance percentage for it is | 80% |
| | The Limit of Insurance for it is | $100,000 |
| | The Deductible is | $250 |
| | The amount of loss is | $40,000 |

Step **(1)**: $250,000 x 80% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2)**: $100,000 ÷ $200,000 = .50

Step **(3)**: $40,000 x .50 = $20,000

Step **(4)**: $20,000 − $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

**Example No. 2 (Adequate Insurance):**

| When: | The value of the property is | $250,000 |
|---|---|---|
| | The Coinsurance percentage for it is | 80% |
| | The Limit of Insurance for it is | $200,000 |
| | The Deductible is | $250 |
| | The amount of loss is | $40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this Example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example No. 3:**

ARCH-000240

When:      The value of property is:

| | |
|---|---|
| Bldg. at Location No. 1 | $75,000 |
| Bldg. at Location No. 2 | $100,000 |
| Personal Property at Location No. 2 | $75,000 |
| | $250,000 |
| The Coinsurance percentage for it is | 90% |
| The Limit of Insurance for Buildings and Personal Property at Location Nos. 1 and 2 is | $180,000 |
| The Deductible is | $1,000 |
| The amount of loss is: | |
| Bldg. at Location No. 2 | $30,000 |
| Personal Property at Location No. 2. | $20,000 |
| | $50,000 |

Step **(1)**:  $250,000 x 90% = $225,000

(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step **(2)**:  $180,000 ÷ $225,000 = .80

Step **(3)**:  $50,000 x .80 = $40,000

Step **(4)**:  $40,000 – $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2.    Mortgageholders**

**a.**    The term mortgageholder includes trustee.

**b.**    We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.**    The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.**    If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)**    Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)**    Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)**    Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.**    If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

ARCH-000241

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**G.** **Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

**1.** **Agreed Value**

**a.** The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

**b.** If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

**c.** The terms of this Optional Coverage apply only to loss or damage that occurs:

**(1)** On or after the effective date of this Optional Coverage; and

**(2)** Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

**2.** **Inflation Guard**

**a.** The Limit of Insurance for property to which this Optional Coverage applied will automatically increase by the annual percentage shown in the Declarations.

**b.** The amount of increase will be:

**(1)** The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

**(2)** The percentage of annual increase shown in the Declarations, expressed as a

ARCH-000242

decimal (example: 8% is .08), times

**(3)** The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example:**

| | | |
|---|---|---|
| If: | The applicable Limit of Insurance is | $100,000 |
| | The annual percentage increase is | 8% |
| | The number of days since the beginning of the policy year (or last policy change) is | 146 |
| | The amount of increase is $100,000 x .08 x 146 | |
| | ÷ 365 = | $3,200 |

**3.    Replacement Cost**

**a.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Loss Condition, Valuation, of this Coverage Form.

**b.** This Optional Coverage does not apply to:

**(1)** Personal property of others;

**(2)** Contents of a residence;

**(3)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

**(4)** "Stock", unless the Including "Stock" option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

**c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

**d.** We will not pay on a replacement cost basis for any loss or damage:

**(1)** Until the lost or damaged property is actually repaired or replaced; and

**(2)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also apply:

**(3)** If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Condition of this Coverage Form; and

ARCH-000243

    **(4)**    We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**e.**    We will not pay more for loss or damage on a replacement cost basis than the least of **(1)**, **(2)** or **(3)**, subject to **f.** below:

    **(1)**    The Limit of Insurance applicable to the lost or damaged property;

    **(2)**    The cost to replace the lost or damaged property with other property:

        **(a)**    Of comparable material and quality; and

        **(b)**    Used for the same purpose; or

    **(3)**    The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

**f.**    The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**4.**    **Extension Of Replacement Cost To Personal Property Of Others**

    **a.**    If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

    **b.**    With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H.**    **Definitions**

**1.**    **"Fungus"** means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.**    **"Pollutants"** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**3.**    **"Stock"** means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

ARCH-000244

## CAUSES OF LOSS – SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning.   Refer to Section **G. Definitions.**

**A.**   **Covered Causes Of Loss**

When Special is shown in the Declarations, Covered Causes of Loss means Direct Physical Loss unless the loss is excluded or limited in this policy.

**B.**   **Exclusions**

**1.**   We will not pay for loss or damage caused directly or indirectly by any of the following.  Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

  **a.**   **Ordinance Or Law**

The enforcement of or compliance with any ordinance or law:

  **(1)**   Regulating the construction, use or repair of any property; or

  **(2)**   Requiring the tearing down of any property, including the cost of removing its debris.

This exclusion, Ordinance Or Law, applies whether the loss results from:

  **(1)**   An ordinance or law that is enforced even if the property has not been damaged; or

  **(2)**   The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

  **b.**   **Earth Movement**

  **(1)**   Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

  **(2)**   Landslide, including any earth sinking, rising or shifting related to such event;

  **(3)**   Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

  **(4)**   Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty.  Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

  **(5)**   Volcanic eruption, explosion or effusion.  But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic

ARCH-000245

Action.

Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**(a)**   Airborne volcanic blast or airborne shock waves;

**(b)**   Ash, dust or particulate matter; or

**(c)**   Lava flow.

With respect to coverage for Volcanic action as set forth in **(5)(a)**, **(5)(b)** and **(5)(c)**, all volcanic eruptions that occur within any 168-hour period will constitute a single "occurrence".

Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused.

**c.**   **Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

**d.**   **Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e.**   **Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

**(1)**   Originates away from the described premises; or

**(2)**   Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

ARCH-000246

Communication services include but are not limited to service relating Internet access or access to any electronic, cellular or satellite network.

**f.   War And Military Action**

**(1)**   War, including undeclared or civil war;

**(2)**   Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)**   Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g.   Water**

**(1)**   Flood, surface water, waves (including tidal wave and tsunami), tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not (including storm surge);

**(2)**   Mudslide or mudflow;

**(3)**   Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment; or

**(4)**   Water under the ground surface pressing on, or flowing or seeping through:

**(a)**   Foundations, walls, floors or paved surfaces;

**(b)**   Basements, whether paved or not; or

**(c)**   Doors, windows or other openings; or

**(5)**   Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1)**, **(3)**, or **(4)**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused.  An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, as described in **g.(1)** through **g.(5)**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

Exclusions **B.1.a.** through **B.1.g.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.**   We will not pay for loss or damage caused by or resulting from any of the following:

**a.**   Artificially generated electrical, magnetic or electromagnetic energy or current, including electric arcing,  that damages,  disturbs, disrupts or otherwise interferes with

any:

ARCH-000247

    **1.**      Electrical or electronic wire(s), devices, appliances, system or network; or

    **2.**      Device, appliance, system or network utilizing cellular or satellite technology.

But if fire results, we will pay for the loss or damage caused by that fire.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

    **(a)**      Electrical current, including arcing;

    **(b)**      Electrical charge produced or conducted **by a** magnetic or electromagnetic field;

    **(c)**      Pulse of electromagnetic energy; or

    **(d)**      Electromagnetic waves or microwaves.

**b.**    Delay, loss of use or loss of market.

**c.**    Smoke, vapor or gas from agricultural smudging or industrial operations.

**d.**    **(1)**    Wear and tear;

        **(2)**    Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

        **(3)**    Smog;

        **(4)**    Settling, cracking, shrinking or expansion;

        **(5)**    Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

        **(6)**    Mechanical breakdown, including rupture or bursting caused **by** centrifugal force. But **if** mechanical breakdown results in elevator collision, we will pay **for** the loss or damage caused by that elevator collision.

        **(7)**    The following causes of loss to personal property:

            **(a)**    Dampness or dryness of atmosphere;

            **(b)**    Changes in or extremes of temperature; or

            **(c)**    Marring or scratching.

But **if an** excluded cause of **loss** that **is** listed in **2.d.(1)** through **(7)** results in a "specified cause of **loss**" or building glass breakage, we will pay **for** the **loss** or damage caused by that "specified cause of loss" or building glass breakage.

**e.**    Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased **by** you, or operated under your control. But **if** explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We

will also pay **for loss** or damage caused **by** or resulting from the explosion of gases or

ARCH-000248

fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

**(1)** You do your best to maintain heat in the building or structure; or

**(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**h.** Dishonest or criminal act (including theft) by you, any of your partners, members, officers, managers, employees (including temporary employees and leased workers), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

**(1)** Acting alone or in collusion with others; or

**(2)** Whether or not occurring during your normal hours of operation.

This exclusion does not apply to acts of destruction by your employees (including temporary employees and leased workers) or authorized representatives; but theft by employees (including temporary employees and leased workers) or authorized representatives is not covered.

**i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**j.** Rain, snow, ice or sleet to personal property in the open.

**k.** Collapse, including any of the following conditions of property or any part of the property:

**(1)** An abrupt falling down or caving in;

**(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

**(3)** **Any** cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to **(1)** or **(2)** above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion **k.** does not apply:

**(a)** To the extent that coverage is provided under the Additional Coverage, Collapse; or

**(b)** To collapse caused by one or more of the following:

**(i)** The "specified causes of loss";

ARCH-000249

        **(ii)**    Breakage of building glass;

        **(iii)**    Weight of rain that collects on a roof; or

        **(iv)**    Weight of people or personal property.

**l.**    Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, **l.,** does not apply to damage to glass caused by chemicals applied to the glass.

**m.**    Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.**    We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.**    Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

**b.**    Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.**    Faulty, inadequate or defective:

    **(1)**    Planning, zoning, development, surveying, siting;

    **(2)**    Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

    **(3)**    Materials used in repair, construction, renovation or remodeling; or

    **(4)**    Maintenance;

of part or all of any property on or off the described premises.

**4.**    **Special Exclusions**

The following provisions apply only to the specified Coverage Forms:

**a.**    **Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form**

We will not pay for:

    **(1)**    Any loss caused by or resulting from:

        **(a)**    Damage or destruction of "finished stock"; or

ARCH-000250

    **(b)**    The time required to reproduce "finished stock".

    This exclusion does not apply to Extra Expense.

**(2)**    **Any loss** caused **by** or resulting from direct physical **loss** or damage **t**o radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

**(3)**    Any increase of loss caused by or resulting from:

    **(a)**    Delay in rebuilding, repairing or replacing the property or resuming "operations", due **t**o interference **at** the location **o**f the rebuilding, repair or replacement by strikers or other persons; or

    **(b)**    Suspension, lapse or cancellation of any license, lease or contract.  But **if** the suspension, lapse or cancellation **is** directly caused **by** the "suspension" **o**f "operations", we will cover such **loss** that **affects** your Business Income during the "period **o**f restoration" and any extension **o**f the "period **o**f restoration" in accordance **wi**th the terms **o**f the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

**(4)**    **Any** **E**xtra Expense caused **by** or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

**(5)**    Any other consequential loss.

**b.**    **Leasehold Interest Coverage Form**

**(1)**    Paragraph **B.1.a.** Ordinance Or Law, does not apply **t**o insurance under this Coverage Form.

**(2)**    We will not pay for any loss caused by:

    **(a)**    Your cancelling the lease;

    **(b)**    The suspension, lapse or cancellation of any license; or

    **(c)**    Any other consequential loss.

**c.**    **Legal Liability Coverage Form**

**(1)**    The following exclusions do not apply to insurance under this Coverage Form:

    **(a)**    Paragraph **B.1.a.** Ordinance Or Law;

    **(b)**    Paragraph **B.1.c.** Governmental Action;

    **(c)**    Paragraph **B.1.d.** Nuclear Hazard;

    **(d)**    Paragraph **B.1.e.** Utility Services; and

    **(e)**    Paragraph **B.1.f.** War And Military Action.

**(2)**    The following additional exclusions apply **t**o insurance under this Coverage

ARCH-000251

Form:

**(a)   Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement.  But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

**(i)**   Your assumption of liability was executed prior to the accident; and

**(ii)**   The building is Covered Property under this Coverage Form.

**(b)   Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**5.   Additional Exclusion**

The following provisions apply only to the specified property:

**Loss Or Damage To Products**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair.  This exclusion applies to any effect that compromises the form, substance or quality of the product.  But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**C.   Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated.

**1.**   We will not pay for loss of or damage to property, as described and limited in this section.  In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

**a.**   Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment.  But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**b.**   Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

**c.**   The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

ARCH-000252

**(1)**   The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

**(2)**   The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

**d.**   Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

However, this limitation does not apply to:

**(1)**   Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

**(2)**   Business Income coverage or Extra Expense coverage.

**e.**   Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

**f.**   Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

**g.**   Lawns, trees, shrubs or plants which are part of a vegetated roof, caused by or resulting from:

**(1)**   Dampness or dryness of atmosphere or of soil supporting the vegetation;

**(2)**   Changes in or extremes of temperature;

**(3)**   Disease;

**(4)**   Frost or hail; or

**(5)**   Rain, snow, ice or sleet.

**2.**   We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

**a.**   Animals, and then only if they are killed or their destruction is made necessary.

**b.**   Fragile articles such as statuary, marbles, chinaware and porcelains, if broken.  This restriction does not apply to:

**(1)**   Glass; or

**(2)**   Containers of property held for sale.

**c.**   Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

However, this limitation does not apply:

**(1)**   If the property is located on or within 100 feet of the described premises, unless

the premises is insured under the Builders Risk Coverage Form; or

ARCH-000253

      **(2)**    To Business Income coverage or to Extra Expense coverage.

**3.**    The special limit shown for each category, **a.** through **d.**, is the total limit for loss of or damage to all property in that category. The special limit applies to any one "occurrence" of theft, regardless of the types or number of articles that are lost or damaged in that "occurrence". The special limits are:

    **a.**    $2,500 for furs, fur garments and garments trimmed with fur.

    **b.**    $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

    **c.**    $2,500 for patterns, dies, molds and forms.

    **d.**    $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, **C.3.,** does not apply to Business Income coverage or to Extra Expense coverage.

**4.**    We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

    **a.**    Results in discharge of any substance from an automatic fire protection system; or

    **b.**    Is directly caused by freezing.

However, this limitation does not apply to Business Income coverage or to Extra Expense coverage.

**D.**    **Additional Coverage – Collapse**

The term Covered Cause of Loss includes the Additional Coverage – Collapse and applies only to an abrupt collapse as described and limited in **D.1.** through **D.5.** below.

**1.**    For the purposes of this Additional Coverage - Collapse:

    **a.**    Abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose;

    **b.**    A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of abrupt collapse;

    **c.**    A part of a building that is standing is not considered to be in a state of abrupt collapse even if it has separated from another part of the building;

    **d.**    A building that is standing or any part of a building that is standing is not considered to be in a state of abrupt collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**2.**    We will pay for direct physical loss or damage to Covered Property, caused by abrupt

ARCH-000254

collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

**a.** The "specified causes of loss" or breakage of building glass, all only as insured against in this Coverage Part;

**b.** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

**c.** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

**d.** Weight of people or personal property;

**e.** Weight of rain that collects on a roof;

**f.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.  However, if the collapse occurs after construction, remodeling or renovation is complete and is caused in part by a cause of loss listed in **2.a.** through **2.e.,** we will pay for the loss or damage even if use of defective material or methods, in construction, remodeling or renovation, contributes to the collapse.

The criteria set forth in **1.a.** through **1.d.** do not limit the coverage otherwise provided under this Causes Of Loss form for the causes of loss listed in **2.a., 2.d.** and **2.e.**

**3.** With respect to the following property:

**a.** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

**b.** Awnings, gutters and downspouts;

**c.** Yard fixtures;

**d.** Outdoor swimming pools;

**e.** Fences;

**f.** Piers, wharves and docks;

**g.** Beach or diving platforms or appurtenances;

**h.** Retaining walls; and

**i.** Walks, roadways and other paved surfaces;

if the abrupt collapse is caused by a cause of loss listed in **2.b.** through **2.f.,** we will pay for loss or damage to that property only if:

**a.** Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

**b.** The property is Covered Property under this Coverage Form.

4.  If personal property abruptly **falls** down or caves in and such collapse is not the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

    **a.**  The collapse of personal property was caused by a Cause of Loss listed in **2.a.** through **2.f.** above;

    **b.**  The personal property which collapses is inside a building; and

    **c.**  The property which collapses is not of a kind listed in **3.** above, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **4.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

Collapse of personal property does not mean cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

This Additional Coverage – Collapse does not apply to personal property that has not abruptly fallen down or caved in.

5.  This Additional Coverage, Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

**F.  Additional Coverage Extensions**

**1.  Property In Transit**

This Extension applies only to your personal property to which this form applies.

    **a.**  **You** may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory. For the purposes of this Coverage Extension, the coverage territory is extended to include Canada but only for a period of thirty (30) consecutive days. Coverage begins when the property leaves the United States and automatically ends after thirty (30) days or at the end of the policy period, whichever occurs first.

    **b.**  Loss or damage must be caused by or result from one of the following causes of loss:

        **(1)**  Fire, lightning, explosion, windstorm or hail, riot or **civil** commotion, or vandalism.

        **(2)**  Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the road bed.

        **(3)**  Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

    **c.**  The most we will pay for loss or damage under this Extension is $5,000.

This Coverage Extension is additional insurance. The Additional Condition, Coinsurance,

ARCH-000256

does not apply to this Extension.

**2.     Water Damage, Other Liquids, Powder Or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.  This Coverage Extension does not increase the Limit of Insurance.

**3.     Glass**

**a.**     We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

**b.**     We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building.  This does not include removing or replacing window displays.

This Coverage Extension, **F.3.,** does not increase the Limit of Insurance.

**G.     Definitions**

**1.     "Specified Causes of Loss"** means the following: Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

**a.**     Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite.  This cause of loss does not include:

**(1)**     The cost of filling sinkholes; or

**(2)**     Sinking or collapse of land into man-made underground cavities.

**b.**     Falling objects does not include loss or damage to:

**(1)**     Personal property in the open; or

**(2)**     The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**c.**     Water damage means:

**(1)**     Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam; and

**(2)**     Accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe that is located off the described premises and is part of a municipal potable water supply system or municipal sanitary sewer system, if the breakage or cracking is

ARCH-000257

caused by wear and tear.

But water damage does not include loss or damage otherwise excluded under the terms of the Water Exclusion.  Therefore, for example, there is no coverage under this policy in the situation in which discharge or leakage of water results from the breaking apart or cracking of a pipe which was caused by or related to weather-induced flooding, even if wear and tear contributed to the breakage or cracking.  As another example, and also in accordance with the terms of the Water Exclusion, there is no coverage for loss or damage caused by or related to weather-induced flooding which follows or is exacerbated by pipe breakage or cracking attributable to wear and tear.

To the extent that accidental discharge or leakage of water falls within the criteria set forth in **c.(1)** or **c.(2)** of this definition of "specified causes of loss," such water is not subject to the provisions of the Water Exclusion which preclude coverage for surface water or water under the surface of the ground.

ARCH-000258

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**NAMED WINDSTORM DEFINITION ENDORSEMENT**

The definition of a Named Windstorm is a Tropical Storm having sustained wind speeds of at least 39 MPH and/or a Hurricane having sustained wind speeds of at least 74 MPH and has been declared by the U.S. National Weather Service to be a Named Tropical Storm or Named Hurricane.

All other terms and conditions of this Policy remain unchanged.

Endorsement Number: 11

Policy Number: ESP 7302034-02

Named Insured: MILAM AIRPORT PARK CONDOMINIUM ASSOCIATION, INC

This endorsement is effective on the inception date of this Policy unless otherwise stated herein:

Endorsement Effective Date: March 7, 2017

ARCH-000259

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## NAMED WINDSTORM PERCENTAGE DEDUCTIBLE ENDORSEMENT
## (REPORTED VALUE)

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS RISK COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
DIFFERENCE IN CONDITIONS COVERAGE FORM
OTHER APPLICABLE INLAND MARINE COVERAGE FORMS
BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
EXTRA EXPENSE COVERAGE FORM
CAUSES OF LOSS – BASIC FORM
CAUSES OF LOSS – BROAD FORM
CAUSES OF LOSS – SPECIAL FORM
CAUSES OF LOSS – NAMED WINDSTORM

### SCHEDULE

| Premises No. | Bldg. No. | Named Windstorm Deductible Percentage (enter 1%, 2%, 5% or other percent) | Minimum Deductible |
|---|---|---|---|
| All | All | 10% | $100,000 Per Occurrence |

This percentage shown above is subject to the minimum deductible per "occurrence" shown above, if any.

The Named Windstorm Deductible, as shown in the Schedule, applies to loss or damage to Covered Property caused directly or indirectly by Named Windstorm, regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage.  If loss or damage from a covered weather condition other than Named Windstorm occurs, and that loss or damage would not have occurred but for the Named Windstorm, such loss or damage shall be considered to be caused by Named Windstorm and therefore part of the Named Windstorm "occurrence".

The Named Windstorm Deductible applies whenever there is an "occurrence" of Named Windstorm.

Nothing in this endorsement implies or affords coverage for any loss or damage that is excluded under the terms of the Water Exclusion or any other exclusion in this policy.  If this policy is endorsed to cover Flood under the Flood Coverage Endorsement (or if you have a flood insurance policy), a separate Flood Deductible applies to loss or damage attributable to Flood, in accordance with the terms of that endorsement or policy.

**NAMED WINDSTORM DEDUCTIBLE CALCULATION**

**A.**     All Policies

**1.**     A Deductible is calculated separately for, and applies separately to:

**a.**     Each building, if two or more buildings sustain loss or damage;

ARCH-000260

    **b.**    The building and to personal property in that building, if both sustain loss or damage;

    **c.**    Personal property at each building, if personal property at two or more buildings sustains loss or damage;

    **d.**    Personal property in the open.

**2.**    We will not pay for loss or damage until the amount of loss or damage exceeds the applicable Deductible.  We will then pay the amount of loss or damage in excess of that Deductible, up to the applicable Limit of Insurance, after any reduction required by any of the following: Coinsurance Condition, Agreed Value Optional Coverage, Additional Condition – Need for Adequate Insurance or Additional Condition – Need for Full Reports.

**3.**    When property is covered under the Coverage Extension for Newly Acquired or Constructed Property: In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage of the value(s) of the property at time of loss. The applicable percentage for Newly Acquired or Constructed Property is the highest percentage shown in the Schedule for any described premises.

**B.**    Calculation of the Deductible

**1.**    Deductible calculation applicable to the following Coverage Forms:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS RISK COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
DIFFERENCE IN CONDITIONS COVERAGE FORM
OTHER APPLICABLE INLAND MARINE COVERAGE FORMS

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2%, 5% or other percent (as shown in the Schedule) of the value of each unit of insurance of Covered Property at the time and at the location where the physical damage happened, and then only for its proportion of such excess.  The value(s) to be used are the latest value(s) shown in the most recent Report of Values on file with us.

However:

    **a.**    If the most recent Report of Values shows less than the full value(s) of the property on the report dates, we will determine the deductible amount as a percentage of the full value(s) as of the report dates.

    **b.**    If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the applicable Limit(s) of Insurance.

**2.**    Deductible calculation applicable to the following forms:

BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
EXTRA EXPENSE COVERAGE FORM

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2%, 5% or other percent (as shown in the Schedule) of the full value(s) that would have been earned in the 12 month period following the "occurrence" by use of the lost or damaged Covered Property, at the premises described in the Declarations where the physical damage happened, plus that proportion of the values at all other locations where

ARCH-000261

loss ensues that was directly affected by use of such lost or damaged Covered Property and that would have been earned in the 12 month period following the "occurrence".

3.    The percentages referenced in paragraphs **B.2.** and **B.3.** above are subject to a Minimum Deductible per "occurrence" as shown in the Schedule.

All other terms and conditions of this Policy remain unchanged.

Endorsement Number: 12

Policy Number: ESP 7302034-02

Named Insured: MILAM AIRPORT PARK CONDOMINIUM ASSOCIATION, INC

This endorsement is effective on the inception date of this Policy unless otherwise stated herein:

Endorsement Effective Date: March 7, 2017

ARCH-000262

## COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

**A.   CONCEALMENT, MISREPRESENTATION OR FRAUD**

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

**1.**   This Coverage Part;

**2.**   The Covered Property;

**3.**   Your interest in the Covered Property; or

**4.**   A claim under this Coverage Part.

**B.   CONTROL OF PROPERTY**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C.   INSURANCE UNDER TWO OR MORE COVERAGES**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**D.   LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

**1.**   There has been full compliance with all of the terms of this Coverage Part; and

**2.**   The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**E.   LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

**F.   NO BENEFIT TO BAILEE**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**G.   OTHER INSURANCE**

ARCH-000263

1. **You** may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in **1.** above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**H.    POLICY PERIOD, COVERAGE TERRITORY**

Under this Coverage Part:

1. We cover loss or damage commencing:

    **a.**    During the policy period shown in the Declarations; and

    **b.**    Within the coverage territory.

2. The coverage territory is:

    **a.**    The United States of America (including its territories and possessions); and

    **b.**    Puerto Rico;

    unless otherwise stated within the applicable Coverage Form or an endorsement to the policy.

**I.    TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

    **a.**    Someone insured by this insurance;

    **b.**    A business firm:

        **(1)**    Owned or controlled by you; or

        **(2)**    That owns or controls you; or

    **c.**    Your tenant.

This will not restrict your insurance.

ARCH-000264



**MTA Claims Consultants LLC**

14340 SW 23rd LN
Miami, FL 33175
Direct: 786-258-6193
Fax: 305-397-1999

| | | | |
|---|---|---|---|
| Insured: | Milam 5 ASSOC. | | |
| Business: | 6966 NW 50th street | | |
| | miami, FL 33166 | | |

| | | | |
|---|---|---|---|
| Claim Rep.: | Mario Barrera | Cellular: | (786) 258-6193 |
| | | E-mail: | MarioTheAdjuster@outlook.com |
| Estimator: | Mario Barrera | Cellular: | (786) 258-6193 |
| | | E-mail: | MarioTheAdjuster@outlook.com |

**Claim Number:**    **Policy Number:**    **Type of Loss:** Hurricane

| | | | |
|---|---|---|---|
| Date of Loss: | 9/10/2017 10:00 AM | Date Received: | 5/5/2020 10:00 AM |
| Date Inspected: | | Date Entered: | 5/15/2020 10:00 AM |

| | |
|---|---|
| Price List: | FLMI8X_JUN20 |
| | Restoration/Service/Remodel |
| Estimate: | JV-MILAM_5 |

MTA Claims Consultants LLC
14340 SW 23rd LN
Miami, FL 33175
Ph: 786-258-6193
Email: MarioTheAdjuster@outlook.com



**MTA Claims Consultants LLC**

14340 SW 23rd LN
Miami, FL 33175
Direct: 786-258-6193
Fax: 305-397-1999

**JV-MILAM_5**

**Roof/Exterior**

**Roof**



### Rear Building Roof

| | | | |
|---|---|---|---|
| 16,046.58 Surface Area | | 160.47 Number of Squares | |
| 666.25 Total Perimeter Length | | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1. Roofing felt - 30 lb. | 160.47 SQ | 0.00 | 57.45 | 176.69 | 1,973.10 | 11,368.79 |
| 2. R&R Modified bitumen roof | 160.47 SQ | 52.00 | 515.31 | 1,082.74 | 19,344.98 | 111,463.96 |
| 3. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 3.00 EA | 836.00 | 0.00 | 0.00 | 526.68 | 3,034.68 |
| Totals: Rear Building Roof | | | | 1,259.43 | 21,844.76 | 125,867.43 |

### Rear Buildi1

| | | | |
|---|---|---|---|
| 27,734.25 Surface Area | | 277.34 Number of Squares | |
| 790.16 Total Perimeter Length | | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 4. Roofing felt - 30 lb. | 277.34 SQ | 0.00 | 57.45 | 305.38 | 3,410.10 | 19,648.66 |
| 5. R&R Modified bitumen roof | 277.34 SQ | 52.00 | 515.31 | 1,871.30 | 33,433.91 | 192,642.97 |
| 6. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 4.00 EA | 836.00 | 0.00 | 0.00 | 702.24 | 4,046.24 |
| Totals: Rear Buildi1 | | | | 2,176.68 | 37,546.25 | 216,337.87 |



**MTA Claims Consultants LLC**

14340 SW 23rd LN
Miami, FL 33175
Direct: 786-258-6193
Fax: 305-397-1999

---

### Roof7



| | |
|---|---|
| 1,253.75  Surface Area | 12.54  Number of Squares |
| 133.67  Total Perimeter Length | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 7.  Roofing felt - 30 lb. | 12.54 SQ | 0.00 | 57.45 | 13.81 | 154.19 | 888.42 |
| 8.  R&R Modified bitumen roof | 12.54 SQ | 52.00 | 515.31 | 84.61 | 1,511.73 | 8,710.41 |
| Totals:  Roof7 | | | | 98.42 | 1,665.92 | 9,598.83 |
| Total: Roof | | | | **3,534.53** | **61,056.93** | **351,804.13** |

### Exterior Walls

#### Exterior Walls

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 9.  Two coat stucco over masonry | 17,175.00 SF | 0.00 | 3.79 | 697.31 | 13,816.02 | 79,606.58 |
| Total:  Exterior Walls | | | | 697.31 | 13,816.02 | 79,606.58 |
| Total: Roof/Exterior | | | | **4,231.84** | **74,872.95** | **431,410.71** |

### 6960 LIFT AEROSPACE

#### Owners Office



**Owners Office**                                                            **Height: 7' 8"**

| | |
|---|---|
| 608.22  SF Walls | 371.51  SF Ceiling |
| 979.73  SF Walls & Ceiling | 371.51  SF Floor |
| 41.28  SY Flooring | 79.33  LF Floor Perimeter |
| 79.33  LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 10.  R&R 5/8" drywall - hung, taped, ready for texture | 608.22 SF | 0.41 | 2.14 | 21.71 | 330.27 | 1,902.94 |
| Totals:  Owners Office | | | | 21.71 | 330.27 | 1,902.94 |

---



**MTA Claims Consultants LLC**

14340 SW 23rd LN
Miami, FL 33175
Direct: 786-258-6193
Fax: 305-397-1999

| | | | |
|---|---|---|---|
| Total: Owners Office | | 21.71 | 330.27 | 1,902.94 |
| Total: 6960 LIFT AEROSPACE | | 21.71 | 330.27 | 1,902.94 |

### Unit 6966 & 6944

### Upstairs Office



**Manager's Office 2**                                                                                          Height: 8'

| | | |
|---|---|---|
| 337.04 SF Walls | 109.02 SF Ceiling |
| 446.06 SF Walls & Ceiling | 109.02 SF Floor |
| 12.11 SY Flooring | 42.13 LF Floor Perimeter |
| 42.13 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 11. R&R 5/8" drywall - hung, taped, ready for texture | 446.06 SF | 0.41 | 2.14 | 15.92 | 242.21 | 1,395.58 |
| Totals: Manager's Office 2 | | | | 15.92 | 242.21 | 1,395.58 |



**Manager's Office 1**                                                                                          Height: 8'

| | | |
|---|---|---|
| 470.67 SF Walls | 194.17 SF Ceiling |
| 664.83 SF Walls & Ceiling | 194.17 SF Floor |
| 21.57 SY Flooring | 58.83 LF Floor Perimeter |
| 58.83 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 12. R&R 5/8" drywall - hung, taped, ready for texture | 664.83 SF | 0.41 | 2.14 | 23.73 | 360.99 | 2,080.04 |
| Totals: Manager's Office 1 | | | | 23.73 | 360.99 | 2,080.04 |
| Total: Upstairs Office | | | | 39.65 | 603.20 | 3,475.62 |
| Total: Unit 6966 & 6944 | | | | 39.65 | 603.20 | 3,475.62 |
| **Line Item Totals: JV-MILAM_5** | | | | 4,293.20 | 75,806.42 | 436,789.27 |

 **MTA Claims Consultants LLC**

14340 SW 23rd LN
Miami, FL 33175
Direct: 786-258-6193
Fax: 305-397-1999

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 88,633.50 | SF Walls | 61,329.97 | SF Ceiling | 149,963.47 | SF Walls and Ceiling |
| 61,400.27 | SF Floor | 6,822.25 | SY Flooring | 5,995.47 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 5,988.79 | LF Ceil. Perimeter |
| 61,400.27 | Floor Area | 63,345.50 | Total Area | 87,986.79 | Interior Wall Area |
| 57,014.74 | Exterior Wall Area | 3,591.42 | Exterior Perimeter of Walls | | |
| 45,034.59 | Surface Area | 450.35 | Number of Squares | 1,931.15 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |



**MTA Claims Consultants LLC**

14340 SW 23rd LN
Miami, FL 33175
Direct: 786-258-6193
Fax: 305-397-1999

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 356,689.65 |
| Material Sales Tax | 4,293.20 |
| Subtotal | 360,982.85 |
| Overhead | 36,098.29 |
| Profit | 39,708.13 |
| **Replacement Cost Value** | **$436,789.27** |
| **Net Claim** | **$436,789.27** |

Mario Barrera



**MTA Claims Consultants LLC**

14340 SW 23rd LN
Miami, FL 33175
Direct: 786-258-6193
Fax: 305-397-1999

## Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (7%) | Cleaning Mat Tax (7%) | Total Cleaning Tax (7%) | Laundering Tax (2%) | Manuf. Home Tax (6%) | Storage Rental Tax (7%) |
|---|---|---|---|---|---|---|---|---|
| **Line Items** | | | | | | | | |
| | 36,098.29 | 39,708.13 | 4,293.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | | | |
| | **36,098.29** | **39,708.13** | **4,293.20** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |



**MTA Claims Consultants LLC**

14340 SW 23rd LN
Miami, FL 33175
Direct: 786-258-6193
Fax: 305-397-1999

## Recap by Room

**Estimate: JV-MILAM_5**

**Area: Roof/Exterior**

**Area: Roof**

| | | |
|---|---|---|
| Rear Building Roof | 102,763.24 | 28.81% |
| Rear Buildi1 | 176,614.94 | 49.52% |
| Roof7 | 7,834.49 | 2.20% |
| Area Subtotal:  Roof | 287,212.67 | 80.52% |

**Area: Exterior Walls**

| | | |
|---|---|---|
| | 65,093.25 | 18.25% |
| Area Subtotal:  Exterior Walls | 65,093.25 | 18.25% |
| Area Subtotal:  Roof/Exterior | 352,305.92 | 98.77% |

**Area: 6960 LIFT AEROSPACE**

**Area: Owners Office**

| | | |
|---|---|---|
| Owners Office | 1,550.96 | 0.43% |
| Area Subtotal:  Owners Office | 1,550.96 | 0.43% |
| Area Subtotal:  6960 LIFT AEROSPACE | 1,550.96 | 0.43% |

**Area: Unit 6966 & 6944**

**Area: Upstairs Office**

| | | |
|---|---|---|
| Manager's Office 2 | 1,137.45 | 0.32% |
| Manager's Office 1 | 1,695.32 | 0.48% |
| Area Subtotal:  Upstairs Office | 2,832.77 | 0.79% |
| Area Subtotal:  Unit 6966 & 6944 | 2,832.77 | 0.79% |
| Subtotal of Areas | 356,689.65 | 100.00% |
| Total | 356,689.65 | 100.00% |



**MTA Claims Consultants LLC**

14340 SW 23rd LN
Miami, FL 33175
Direct: 786-258-6193
Fax: 305-397-1999

## Recap by Category

| O&P Items | Total | % |
|---|---:|---:|
| **GENERAL DEMOLITION** | 29,975.03 | 6.86% |
| **DRYWALL** | 3,678.90 | 0.84% |
| **ROOFING** | 257,942.47 | 59.05% |
| **STUCCO & EXTERIOR PLASTER** | 65,093.25 | 14.90% |
| **O&P Items Subtotal** | 356,689.65 | 81.66% |
| **Material Sales Tax** | 4,293.20 | 0.98% |
| **Overhead** | 36,098.29 | 8.26% |
| **Profit** | 39,708.13 | 9.09% |
| **Total** | 436,789.27 | 100.00% |

MTA Claims Consultants LLC
14340 SW 23rd LN
Miami, FL 33175
Ph: 786-258-6193
Email: MarioTheAdjuster@outlook.com

Exterior Walls

N ⇐

Page: 10

7/20/2020



Rear Building Walls



Main Building

Roof/Exterior - Exterior Walls

JV-MILAM_5

7/20/2020



**Rear Building Roof**



Warehouse Level

Page: 12

7/20/2020

Break Room

Office storage

Warehouse

Warehouse level office

Ac unit

Bathroom 2

Misc Area

Warehouse manager's office

MISC storage

JV-MILAM_5





7/20/2020

6974 "David Tate Export" - Main Level

JV-MILAM_5

Warehouse Level

Page: 15

7/20/2020

Warehouse

Misc Area

Men's Bathroom

6972 Atlantic Awnings - Main Level

Main Level          Page: 17

7/20/2020

JV-MILAM_5

Bay Area

Entry/offices

Room3

7' 11"
7' 1"
13' 4"
12' 11"
13' 7"
9' 4"
9' 1"
7' 4"
17' 10"
17' 3"
20' 6"
21' 1"
3' 10"
3' 5"
2' 10"
3' 3"
12' 6"
3' 6"
4' 1"
13' 2"



Warehouse Level

Page: 18

7/20/2020

Warehouse

2rd Managers Office

Break Room

Bathroom

Misc Area

Stairway

JV-MILAM_5



Owners Office

Page: 19

7/20/2020

JV-MILAM_5

7/20/2020



6960 LIFT AEROSPACE - Main Level

JV-MILAM_5



7/20/2020



Factory Floor 1

Employee Bathroom 1

Break Room

Cooler 1

Open Area

Employee Entrance

Bay 1

Bay 2

(Label Only 6964) (A1)

Factory Floor 6964

Stock Cooler 6964

Guest Presentation Area 6964

Bay Area 6964

Unit 6966 & 6944 - Main Level

JV-MILAM_5



Unit 6966 & 6944 - Upstairs Office

Upstairs Office

Page: 22

7/20/2020

JV-MILAM_5