IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 22-20965-CIV-ALTONAGA/Torres

MILAM AIRPORT PARK
CONDOMINIUM ASSOCIATION, INC.,

    Plaintiff,

v.

ARCH SPECIALTY
INSURANCE COMPANY,

    Defendant.
_____/

**PLAINTIFF, MILAM AIRPORT PARK CONDOMINIUM ASSOCIATION, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1, Federal Rules of Civil Procedure and all other applicable law, Plaintiff, Milam Airport Park Condominium Association, Inc., ("Plaintiff"), hereby files its Disclosure Statement and states as follows:

1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

    **DISCLOSURE:**

    **Plaintiff, Milam Airport Park Condominium Association, Inc.**

    **Defendant, Arch Specialty Insurance Company**

**Plaintiffs' counsel, Michael J. Friedman, Esq., Michael R. Billings, Esq., Friedman Legal**

**Defendant's counsel, Justin W. Sblano, Esq. and Christopher M. Ramey, Esq., Butler Weihmuller Katz Craig LLP**

**Milam Airport Park Master Association, Inc.**

**Milam Airport Park I Condominium Association, Inc.**

**Milam Airport Park II Condominium Association, Inc.**

**Milam Airport Park III Condominium Association, Inc.**

**Milam Airport Park IV Condominium Association, Inc.**

**Milam Airport Park V Condominium Association, Inc.**

**Milam Airport Park VI Condominium Association, Inc.**

2.  The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**DISCLOSURE: Unknown.**

3.  The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

**DISCLOSURE: Unknown**

4.  The name of each victim (individual and corporate), including every person who may be entitled to restitution:

**DISCLOSURE: Unknown.**

I certify that I am unaware of an actual or potential conflict of interest involving the District Court Judge and Magistrate Judge assigned to this case and I will immediately notify the Court in

writing upon learning of any such conflict.

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2022, the foregoing was filed electronically using the Court's CM/ECF system and served electronically upon: Christopher Ramey, Esq., Justin Sblano, Esq., Butler Weihmuller Katz Craig LLP, 400 North Ashley Drive, Suit 2300, Tampa, Florida 33602 (cramey@butler.legal) (jsblano@butler.legal) (hkerr@butler.legal) (clugo@butler.legal).

Respectfully submitted,

*/s/Michael J. Friedman*
Michael J. Friedman
Florida Bar No.: 650854
Michael R. Billings, Esq.
Florida Bar No.: 1000325
FRIEDMAN LEGAL
1001 Yamato Road, Suite 311
Boca Raton, FL 33431
Telephone: 561-320-7788
mfriedman@friedmanlegalfl.com (primary)
mbillings@friedmanlegalfl.com (primary)
pleadings@friedmanlegalfl.com (secondary)
***Attorney for Plaintiff***