UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Milam Airport Condominium
Association, Inc.,

    Plaintiff(s),

CASE NO: 22-CV-20965-CMA

vs.

Arch Specialty Insurance Company,

    Defendant(s),
_____/

**REPORT OF MEDIATOR**

    The undersigned, Richard E. Berman, Esq., Mediator from Salmon & Dulberg Dispute Resolution, hereby reports to this Honorable Court that a mediation conference in this cause was held on: 06/23/2022. The results of the Mediation Conference are as follows:

- ☒ All required parties were present *or*.
- ☐ The following required parties were not present: _____
- ☐ An agreement was reached.
- ☐ A **confidential** settlement agreement was reached.
- ☒ No agreement was reached.
- ☐ The parties have agreed to adjourn and reconvene at a later date to continue the mediation. The Court will be notified of the continuation date.
- ☐ The parties have agreed to continue negotiating with the assistance of the mediator.
- ☐ If no further Report of Mediator is filed on or before _____, the Court shall presume that no agreement has been reached.
- ☐ Other: _____.

Respectfully Submitted:

_/s/ Richard E. Berman_
Richard E. Berman, Esq.
Florida Bar Number: 254908
John W. Salmon, Esq.
Florida Bar Number: 271756
John@sd-adr.com, Martha@sd-adr.com
Salmon & Dulberg Dispute Resolution
1395 Brickell Avenue, Suite 800, Miami, Florida 33131
Telephone: (305) 371-5490

Copies furnished to: All Counsel of Record