UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  22-20965-CIV-ALTONAGA/Torres

MILAM AIRPORT PARK
CONDOMINIUM ASSOCIATION, INC.,

     Plaintiff,

v.

ARCH SPECIALTY INSURANCE
COMPANY,

     Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, MILAM AIRPORT PARK CONDOMINIUM ASSOCIATION, INC., and Defendant, ARCH SPECIALTY INSURANCE COMPANY, by and through their undersigned counsel and pursuant to S.D. Fla. Loc. R. 16.4, hereby file this Joint Notice of Settlement to notify the Court that the Parties have reached a tentative settlement in the above-styled action, pending the exchange and execution of settlement documents.  The Parties respectfully request forty-five (45) days from today's date to complete the settlement process and submit a Joint Stipulation for Dismissal with Prejudice.

     Dated:  October 31, 2022.

VELASQUEZ & ASSOCIATES, P.A.     BUTLER WEIHMULLER KATZ CRAIG LLP


*/s Juan C. Velasquez*     */s Justin W. Sblano*
JUAN C. VELASQUEZ, ESQ.     CHRISTOPHER M. RAMEY, ESQ.
Florida Bar No.:  84767     Florida Bar No.:  0044808
Juan@jvelasquez.com     cramey@butler.legal
330 SW 27th Avenue, Suite 601     JUSTIN W. SBLANO, ESQ.
Miami, FL 33135     Florida Bar No.:  1008138

Telephone:     (786) 776-0130
Facsimile:     (305) 230-4190
Attorneys for Plaintiff

FRIEDMAN LEGAL

/s Michael J. Friedman
MICHAEL J. FRIEDMAN, ESQ.
Florida Bar No.:  650854
mfriedman@friedmanlegalfl.com
MICHAEL R. BILLINGS, ESQ.
Florida Bar:  1000325
mbillings@friedmanlegalfl.com
pleadings@friedmanlegalfl.com
1001 Yamato Road, Suite 311
Boca Raton, FL 33431
Telephone:     (561) 320-7788
Attorneys for Plaintiff

jsblano@butler.legal
Secondary: hkerr@butler.legal
           ebarker@butler.legal
400 North Ashley Drive, Suite 2300
Tampa, FL 33602
Telephone:     (813) 281-1900
Facsimile:     (813) 281-0900
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I certify that on October 31, 2022, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system.  A copy of the foregoing was also forwarded to the following this same date by e-mail:

Juan C. Velasquez, Esq.
Fla. Bar No.: 84767
E-mail: juan@jvelasquezlaw.com
Velasquez & Associates, P.A.
330 SW 27th Avenue, Suite 601
Miami, FL 33135
Attorneys For Plaintiff

Michael J. Friedman, Esq.
Fla. Bar No.:  650854
E-mail:  mfriedman@friedmanlegalfl.com
1001 Yamato Road, Suite 311
Boca Raton, FL 33431
Attorneys For Plaintiff

/s/ Justin W. Sblano
JUSTIN W. SBLANO, ESQ.