UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20965-CIV-ALTONAGA

MILAM AIRPORT PARK
CONDOMINIUM ASSOCIATION, INC.,

    Plaintiff,
v.

ARCH SPECIALTY INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court on the Joint Notice of Settlement [ECF No. 24], filed on November 1, 2022. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **sixty (60) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 1st day of November, 2022.

                                                _____
                                                **CECILIA M. ALTONAGA**
                                                **CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record